LAW ET AL., APPELLANTS, *v.* LAKE METROPARKS, APPELLEE.

[Cite as *Law v. Lake Metroparks*, 116 Ohio St.3d 322, 2007-Ohio-6749.]

*Adverse possession — Real property owned by a park district — Court of appeals' judgment affirmed on the authority of Houck v. Bd. of Park Commrs. of the Huron Cty. Park Dist.*

(No. 2007-0298 — Submitted November 28, 2007 — Decided December 20, 2007.)

APPEAL from the Court of Appeals for Lake County,

No. 2006-L-072, 2006-Ohio-7010.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Houck v. Bd. of Park Commrs. of the Huron Cty. Park Dist.*, 116 Ohio St.3d 148, 2007-Ohio-5586, 876 N.E.2d 1210.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur.

PFEIFER, J., dissents for the reasons stated in his dissenting opinion in *Houck v. Bd. of Park Commrs. of the Huron Cty. Park Dist.*

O'DONNELL, J., not participating.

_____

Redmond, Walker & Murray and Gerald R. Walker, for appellants.

Gibson, Brelo, Ziccarelli & Martello and Joseph Gibson, for appellee.

_____